# Third District Court of Appeal

## State of Florida

Opinion filed October 17, 2018.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-0734
Lower Tribunal No. 14-15991
_____

**R.V., the father,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Maria I. Sampedro-Iglesia, Judge.

R.V., the father, in proper person.

Law Office of Richard F. Joyce, P.A., and Richard F. Joyce; Lucia C. Pineiro Esq. & Associates, P.A., and Lucia C. Pineiro, for J.A., the mother; Karla Perkins, for Department of Children and Families, for appellees.

Before ROTHENBERG, C.J., and SALTER, and LINDSEY, JJ.

PER CURIAM.

We grant appellant's counsel's motion to withdraw pursuant to <u>Jimenez v. Department of Health and Rehabilitative Services</u>, 669 So. 2d 340 (Fla. 3d DCA 1996).

Further, upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a). <u>See</u> <u>Soro v. Soro</u>, 145 So. 3d 183 (Fla. 3d DCA 2014); <u>Fla. Detroit Diesel v. Nathai</u>, 28 So. 3d 182 (Fla. 1st DCA 2010) ("[W]e conclude that the appellants' initial brief fails to demonstrate a preliminary basis for reversal and we therefore summarily affirm the order without the need for an answer brief.").

Affirmed.